IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY C. BURCHFIELD                                              PLAINTIFF

v.                         No. 4:22-cv-193-DPM

ALIBABA GROUP; JACK MA;
JP MORGAN CHASE BANK;
AMAZON; BLACKROCK (Investors);
CASEY ZHAO (Alibaba);
ERICA WANG; SWEETY YIN;
DRUG ENFORCEMENT AGENCY;
DOES, "1-2" "All Alibaba Investors
(10% holder)"; JOSEPH C. TSAI, Co-Founder,
Alibaba Group Holding Limited;
JONATHAN ZHAOXI LU, CEO and
Director, Alibaba Group Holding Limited;
MAGGIE WEIWU, CFO, Alibaba Group
Holding Limited; DAVID ZANG, CEO,
Alibaba Group Holding Limited; XICHANG
NEW MATERIALS LTD.; TIMOTHY J. SHEA,
Director, Drug Enforcement Agency                                 DEFENDANTS

## ORDER

This case was transferred to the Western District of Arkansas. The Court directs the Clerk to transfer Burchfield's motion, *Doc. 31*.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 April 2022